

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EVGENY BURYAKOV, IGOR
SPORYSHEV, and VICTOR
PODOBNYY,

        Defendants.

15-mj-00215-UA    **DOC # 9**

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant, Evgeny Buryakov, in the above-captioned action:

    Maria A. Barton
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022-4834
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

Dated: February 6, 2015
       New York, New York

LATHAM & WATKINS LLP

By: _/s/ Maria A. Barton_
Maria A. Barton
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: maria.barton@lw.com

*Attorneys for Defendant,*
*Evgeny Buryakov*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>EVGENY BURYAKOV, IGOR SPORYSHEV, and VICTOR PODOBNYY,<br><br>                      Defendants. | 15-mj-00215-UA<br><br>**CERTIFICATE OF SERVICE** |

      I, Jessica L. Bengels, hereby certify that on Friday, February 6, 2015, a true and correct copy of the annexed Notice of Appearance, dated 2/6/15, was caused to be served in accordance with the Federal Rules of Civil Procedure via First Class United States mail delivery upon:

           Adam Fee, Esq.
           Anna M. Skotko, Esq.
           Ian P. McGinley, Esq.
           United States Attorney's Office, SDNY
           One Saint Andrew's Plaza
           New York, New York 10007
           Attorneys for Plaintiff

Dated: February 6, 2015
       New York, New York

                                                                              LATHAM & WATKINS LLP

                                       By:          _____
                                                               Jessica L. Bengels

                                                               885 Third Avenue
                                                               New York, New York 10022
                                                               (212) 906-1200
                                                               E-mail: jessica.bengels@lw.com

                                                               *Attorneys for Defendant,*
                                                               *Evgeny Buryakov*